1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  VICTOR SUAREZ, ET AL., | Case No. CV 16-2282-DMG (KK) |
| 11              Plaintiff(s), | |
| 12      v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| 13  PACIFIC GAS AND ELECTRIC COMPANY, ET AL., | |
| 14 | |
| 15              Defendant(s). | |

16

17      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended

18  Complaint, the relevant records on file, and the Report and Recommendation of the

19  United States Magistrate Judge.

20      On July 9, 2018, Plaintiffs filed Objections to the Report and

21  Recommendation attaching various unauthenticated exhibits.  See Dkt. 193.  On

22  July 23, 2018, Defendant filed a Response to Plaintiffs' Objections.  Dkt. 198.

23      The Court has engaged in de novo review of those portions of the Report to

24  which Plaintiffs have objected.  The Court finds the exhibits attached to the

25  Objections do not support Plaintiffs' Opposition to summary judgment because

26  they are (a) either untimely or duplicative of Plaintiffs' submissions in support of

27  their Opposition to Defendant's Motion for Summary Judgment, (b) inadmissible

28  lay opinion, and (c) fail to establish causation even if considered on the merits.

1  Therefore, the Court accepts the findings and recommendation of the Magistrate
2  Judge.
3       IT IS THEREFORE ORDERED that (1) Defendant's Motion for Summary
4  Judgment is GRANTED; and (2) Judgment shall be entered DISMISSING this
5  action with prejudice.

6
7  Dated: September 27, 2018

8  HONORABLE DOLLY M. GEE
   United States District Judge